# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WGH COMMUNICATIONS, INC.,

                Plaintiff,                19 **CIVIL** 2230 (LTS) (SLC)

      -against-                      **JUDGMENT**

PENACHIO MALARA LLP, et al.,

                Defendants.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order Adopting Report and Recommendation dated February 12, 2021, The Court finds no error in Magistrate Judge Cave's thorough and thoughtful Report and, therefore, adopts the Report in its entirety; Plaintiff's motion to file a Second Amended Complaint is denied and the First Amended Complaint is dismissed; accordingly, this case is closed.

**Dated:** New York, New York
        February 12, 2021

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                           BY:

                                                    **Deputy Clerk**